**Date:** 4/29/26                    **Case:** 1:26-mj-134          **Time:** 12:59-1:05  p.m.

**Judge: William E. Fitzpatrick**

**Tape/Courtroom: FTR/500**                    **Court Reporter:**

**Hearing:** R5/R40

### Eastern District of Virginia
### Alexandria Division
### United States of America
### v.
James Brien Comey Jr.

**Participants**
**USA**:

**Defense Counsel**:  James Fitzgerald/Jessica Carmichael

**Court to appoint counsel**:          **Interpreter**:                        ☐Conflict

**Language**:
☐Defendant did not appear          ☐Warrant to be issued upon probable cause statement
☐Government motion to continue hearing – GRANTED

**Advisement**
 x-Rule 5                    ☒Due Process Protections Act

**Dismissal**
☐Case dismissed with prejudice          ☐Case dismissed without prejudice

**Plea**
☐ Consent to trial before a USMJ (orally)    ☐Plea entered, Court accepts plea
☐ Plea of Guilty to Count(s):                    ☐Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release
**Trial**
   Matter set for bench trial:                ☐Matter set for jury trial
☐Motions due :                    ☐Responses due:
   Govt adduced evidence and rests          ☐Trial held and completed
☐Not Guilty of Count(s):              ☐Guilty of Count(s):
☐Dismissal of Count(s):              ☐Deft advised of appeal rights
 Sentence:

**Future Proceedings**
Next hearing:

**Notes:**  The Court released the defendant to appear in the Eastern District of North Carolina to address the
      instant charges.